# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Timothy Ray Wood  508725  
(full name)           (Register No).

16-6102-CV-SJ-FJG-P

Case No. 11AG-CR00062-01

Plaintiff(s).

v.

Grundy Co, Trenton Mo.  
(Full name)  
64683  State of Mo.

Defendant(s).

Defendants are sued in their (check one):  
___ Individual Capacity  
___ Official Capacity  
X  Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Western Reception Diagnostic Correctional Center 3401 Faraon St. St. Joseph Mo. 64506

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Timothy Ray Wood    Register No. 508775  
   Address Western Reception Diagnostic Correctional Center 3401 Faraon St. St. Joseph Mo. 64506

B. Defendant Trenton Mo. - Grundy Co. Mo. Courts

   Is employed as  Town or Co. State of Mo.

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ✓ No ___ mental Health

IV. Do you request a jury trial? Yes ___ No ✓

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $500,000.00 (actual/punitive) on each

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
I filed a Form 40 For wrongful incarceration at Failure to Appear and this was overturned in Appealte Courts 19 months later. The Judge & Prosecutor Knew This was a Bogus case — Grundy Co reversed the charges and dismissed it.

D. If you have not filed a grievance, state the reasons.
I filed Form 40 and the appelite reversed the decision

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
          (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

Case 5:16-cv-06102-FJG   Document 1   Filed 08/10/16   Page 2 of 7

(3) Court where filed: Grundy Co. Courts

(4) Case Number and citation: 11A6-CR00062-01

(5) Basic claim made: Wrongful incarceration.

(6) Date of disposition: 3-27-2011

(7) Disposition: 10-01-2012
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: No
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I was cau 3 yrs for a Failure to appear while I was incarcerated and had no way of getting there. The courts were well aware of my wereabots. The Judge of Grundy Co. and the prosecuter did this for no legal reasin what so else. I suing for all damages and for the 19 months I was in Prisin on a Bogus chorge.

B. State briefly your legal theory or cite appropriate authority:

The Judge & Prosecuter of Grundy Co. Both new I was in jail But Failed to accept that and didn't let me prove this in court. The Judge senstenced me 3 yr Failure to apper behind a 15 year sentence so I would have to stay in Prisin for no reason and this destroyed my marriage and all my Family suffered.

3

Case 5:16-cv-06102-FJG   Document 1   Filed 08/10/16   Page 3 of 7

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

I want puntify damages and to be paid for the 19 months I could of ben with my family and they suffered to.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Timothy Ray Wood

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes____ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

I have intensins of hiring an attorney ona. I'm out of my treatment and I need this filed!

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes _____ No ✓

If your answer is "Yes," state the name and address of the lawyer.
Not yet

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___4___ day of __August__ 20_16_

_Timothy Wood_
Signature(s) of Plaintiff(s)

_Tenna A. Ward_

TENNA A. WARD
Notary Public, Notary Seal
State of Missouri
Andrew County
Commission # 14961953
My Commission Expires July 24, 2018

4

United States District Courts.

I'm praying that these Forms are Filled out correctly? I was wrongfully charged in Grundy Co. and they also new that I was in Jail at my court time. They were notified by phone but still Filed Failure to Appear on me and then gave me 3 yrs. to run consequitly behind my other time. I did file a Form 40 and they did finally dismiss this case but not until I did 19 months on a 3 yr. prison term. The required % time on that was 50% and 19 months is over that. The prosecutor requested delays at my hearings so I would have to be in prison for that required time before he reversed the charge.

Therefore I feel that I have the legal rite to sue for punity damages to myself and to my marriage that it destroyed. Thats 19 months that I could of ban Free and not put throw this mental stress. I'm currently taking mental Health pills - for Bi-polar - pmona Social Anxiety due to this added stress and suffering!

<u>OVER</u>                Timothy Ward

*[signature]*

notary --- *Tenna A. Ward*
August 4, 2014

TENNA A. WARD
Notary Public, Notary Seal
State of Missouri
Andrew County
Commission # 14961953
My Commission Expires July 24, 2018

Tim Wood 508775
Western Reception Diagnostic Correctional Center
3401 Faraon St.
St. Joseph, Mo. 64506

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, Mo. 64106